CENTER FOR DISABILITY ACCESS
Amanda Seabock, SBN 289900
Dennis Price, SBN 279082
Prathima Price, Esq., SBN 321378
Robert Doyle, Esq., SBN 321925
<u>8033 Linda Vista Road, Suite 200</u>
<u>San Diego, CA 92111</u>
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br> Plaintiff, <br><br> v. <br><br> **Panion Group, LLC**, a California Limited Liability Company, <br><br> Defendants. | Case No.: 5:21-cv-000481-LHK <br><br> **NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

The plaintiff expects that the stipulation for dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: April 15, 2021          By:   /s/ Amanda Seabock
                               Amanda Seabock
                               Attorney for Plaintiff