CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 1660358033
Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>  v.<br><br>PANION GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>    Defendants. | **Case:** 5:21-cv-00481-LHK<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Samuel Love, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Panion Group, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: July 02, 2021              CENTER FOR DISABILITY ACCESS

                                  By:    /s/ Amanda Seabock
                                          Amanda Seabock
                                          Attorneys for Plaintiff